DCmoneyj (03/14)

**UNITED STATES BANKRUPTCY COURT**
**District of Nebraska**

In Re: Gordmans Stores, Inc.
Debtor(s)

Bankruptcy Proceedings No. 17−80304−TLS
Adversary Proceedings No. 18−08145−TLS

Chapter 11

META Advisors LLC on behalf of G−Estate Management Company, Inc. (f/k/a Gordmans Management Company, Inc.)
Plaintiff(s)

v.

STHealth Benefit Solutions, LLC
Defendant(s)

Judge: Thomas L. Saladino

**M E M O R A N D U M**

Date: May 21, 2019
To: United States District Court
RE: Money Judgment dated 3/21/19
Civil No. 8:19−mc−00156

A money judgment was previously transmitted for the purpose of being indexed. The following action has been filed regarding the judgment:

☐ A notice of appeal was filed .

☐ A Motion has been filed that may ultimately change the judgment as it now stands (Federal Rules of Civil Procedure 59 or 60 as made applicable by Bankruptcy Rule 9024).

☑ Order Vacating Default Judgment

Transmitted Electronically By USBC Case Administrator: on nmw